**ROBINSON BRADFORD LLP**
Matthew C. Bradford, Esq. (SBN 196798)
3255 W. March Lane, Suite 230
Stockton, California 95219
Telephone:      (209) 954-9001
Facsimile:      (209) 954-9091
matthew@robinsonbradford.net


**TRAHAN LAW GROUP**
Ivan Trahan, Esq. (SBN 75143)
43471 Ridge Park Drive, Suite A
Temecula, California  92590
Telephone:    (951) 693-2080
Facsimile:      (951) 257-5805
bkattorney@earthlink.net

Attorneys for Plaintiff,
Ross Small

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


| | |
|---|---|
| Ross Small,<br><br>                    Plaintiff,<br><br>     vs.<br><br><br>Ebay Inc. and,<br>I.C. System Inc.<br><br>                    Defendants. | ) Case No.:   5:14 CV 01693<br>)<br>) **SECOND AMENDED COMPLAINT FOR**<br>) **DAMAGES AND INJUNCTIVE RELIEF**<br>) **PURSUANT TO 47 U.S.C. §227, ET SEQ**<br>) **(THE TELEPHONE CONSUMER**<br>) **PROTECTION ACT)**<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

        Plaintiff Ross Small alleges the following upon information and belief based upon

personal knowledge:


**SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF PURSUANT TO 47**

**U.S.C. §227, ET SEQ**

*Small  v. Ebay*
Case No.:   5:14 CV 01693


- 1 -

**NATURE OF THE CASE**

1.      Plaintiff brings this action seeking damages and all other available legal or equitable remedies resulting from the illegal actions of Ebay Inc. ("Ebay") and I.C. System Inc. ("I.C.") in negligently, knowingly, and/or willfully contacting Plaintiff on Plaintiff's cellular telephone in violation of the Telephone Consumer Protection Act, *47. U.S.C.§227 et seq.* ("TCPA"), thereby invading Plaintiff's privacy.

**JURISDICTION AND VENUE**

2.      This Court has federal question jurisdiction under 28 U.S.C. section 1331 because this case arises out of violations of federal law.  Specifically, Defendants have repeatedly violated 47 U.S.C. section 227 subparagraph (b) as is more thoroughly described below.

3.      Venue is proper in the United States District Court for the Central District of California pursuant to 28 U.S.C. section 1391(b) because Defendants do business within the State of California and a substantial part of the events that gave rise to this action took place in Riverside County.

**PARTIES**

4.      Plaintiff is a natural person residing in California and is a "person" as defined by 47 U.S.C. section 153(39).

5.      Ebay is a "person" as defined by 47 U.S.C. section 153(39).

6.      I.C. is a "person" as defined by 47 U.S.C. section 153(39).

**SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF PURSUANT TO 47**

**U.S.C. §227, ET SEQ**

*Small  v. Ebay*
Case No.:   5:14 CV 01693

7.      The above named Defendants, and their subsidiaries and agents, are collectively referred to as "Defendants."

8.      Plaintiff is informed and believes that at all times relevant each and every Defendant was acting as an agent and/or employee of each of the other Defendants and was acting within the course and scope of said agency and/or employment with full knowledge and consent of each of the other Defendants.  Plaintiff is informed and believes that each of the acts and/or admissions complained of herein was made known to, and ratified by, each of the other Defendants.

## BACKGROUND ALLEGATIONS

### The Telephone Consumer Protection Act of 1991 (TCPA) 47 U.S.C. § 227

9.      In response to a number of consumer complaints regarding telemarketing practices, the Congress of the United States enacted the Telephone Consumer Practices Act (47 U.S.C. §227, et seq.)

10.      Among other things, the TCPA regulates the use of automated telephone equipment, also known as "robocallers" with regard to the calling of wireless or cellular telephones.  More specifically, 227(b)(1)(A)(iii) prohibits the robocalling of any cellular or wireless telephone except for emergency purposes or except where the called party has given express consent.

11.      The Federal Communications Commission found that such calls are prohibited because, as Congress found, automated or pre-recorded calls are a greater nuisance and invasion

**SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF PURSUANT TO 47**

**U.S.C. §227, ET SEQ**

*Small  v. Ebay*
Case No.:   5:14 CV 01693

of privacy than live solicitation calls.  Moreover, such calls can be inconvenient and costly because wireless customers may be charged for incoming calls.

### Ebay and I.C.'s Practice of Robocalling Mr. Small on his Cell Phone

12.     Beginning on or around May 2013, Ebay and I.C. contacted Mr. Small on his cellular telephone (number ending in 7505 and/or 4560) in an attempt to collect an alleged outstanding debt owed by Plaintiff.

13.     On multiple instances, Ebay and I.C. placed at up to 20 calls in a single day to Mr. Small's cellular telephone for thirty days, seeking to collect the alleged debt owed by Mr. Small. In all, Ebay and I.C. placed at least 600 calls to Mr. Small's cell phone.

14.     Ebay and I.C. used an "automatic telephone dialing system", as defined by 47 U.S.C. §227(a)(1), to place its calls to Mr. Small seeking to collect the debt allegedly owed by Mr. Small.

15.     Ebay and I.C.'s calls constituted calls that were not for emergency purposes as defined by 47 U.S.C. §227(b)(1)(A).

16.     Ebay and I.C.'s calls were placed to a telephone number assigned to a cellular telephone service for which Plaintiff incurs a charge for incoming calls pursuant to 47 U.S.C §227(b)(1).

17.     According to information and belief, Ebay and I.C. never received Mr. Small's "prior express consent" to receive calls on using an automatic telephone dialing system or an artificial or prerecorded voice on his cellular telephone pursuant to 47 U.S.C. §227(b)(1)(A).   If

**SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF PURSUANT TO 47 U.S.C. §227, ET SEQ**

*Small  v. Ebay*
Case No.:   5:14 CV 01693

- 4 -

Mr. Small did unwittingly give Ebay and I.C. "express consent", he later revoked said "express consent" by telling Ebay and I.C. to stop calling him.

18.     On a few occasions, Mr. Small answered Ebay and I.C.'s telephone calls in order to advise them to cease calling on his cell phone.  However, Mr. Small was unable to speak with a live human representative as Mr. Small was routinely greeted by "dead air" on the other end of the call.

## FIRST CAUSE OF ACTION

### Negligent Violations of the Telephone Consumer Protection Act

### 47 U.S.C. §227 et seq.

19.     Mr. Small repeats and incorporates by reference into this cause of action the allegations set forth above at paragraphs 1-17.

20.     The foregoing acts and omissions of Ebay and I.C. constitute numerous and multiple negligent violations of the TCPA, including but not limited to each and every one of the above cited provisions of 47 U.S.C. section 227 et. seq.  Pursuant to 47 U.S.C.  section 227(b)(3)(B), Plaintiff is entitled to an award of $500.00 in statutory damages, for each and every violation.

21.     Plaintiff is also entitled to and seeks injunctive relief prohibiting such conduct in the future.

## SECOND CAUSE OF ACTION

### Knowing or Willful Violations of the Telephone Consumer Protection Act

### 47 U.S.C. §227 et seq.

22. Plaintiff repeats and incorporates by reference into this cause of action the allegations set forth above at paragraphs 1-17.

23. The foregoing acts and omissions of Ebay and I.C. constitute numerous and multiple knowing and/or willful violations of the TCPA, including but not limited to each and every one of the above-cited provisions of 47 U.S.C. section 227 et seq.

24. As a result of Ebay and I.C.'s knowing and/or willful violations of 47 U.S.C. §227 et seq., Mr. Small is entitled to an award of $1,500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. section 227(b)(3)(B) and 47 U.S.C. section 227(b)(3)(C).

25. Mr. Small is also entitled to and seeks injunctive relief prohibiting such conduct in the future.

## PRAYER FOR RELIEF

WHEREFORE, Mr. Small requests judgment against Ebay and I.C. for the following:

### FIRST CAUSE OF ACTION

1. As a result of Ebay and I.C.'s negligent violations of 47 U.S.C. section 227(b)(1), Mr. Small is entitled to and requests the sum of $500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. section 227(b)(3)(B).

**SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF PURSUANT TO 47 U.S.C. §227, ET SEQ**

*Small v. Ebay*
Case No.: 5:14 CV 01693

- 6 -

2.        An injunction directing Ebay and I.C. to cease calling Mr. Small's cellular telephone number using any automatic telephone dialing system as defined by 47 U.S.C. section 227(a)(1).

3.        Any and all relief that the Court deems just and proper.

## SECOND CAUSE OF ACTION

1.        As a result of Ebay and I.C.'s willful and/or knowing violations of 47 U.S.C. section 227(b)(1), Mr. Small is entitled to and requests treble damages, as provided by statute, up to $1,500.00, for each and every violation, pursuant to 47 U.S.C. section 227(b)(3)(B) and 47 U.S.C. section 227(b)(3)(C).

2.        An injunction directing Ebay and I.C. to cease calling Mr. Small's cellular telephone number using any automatic telephone dialing system as defined by 47 U.S.C. section 227(a)(1).

3.        Any and all other relief that the Court deems just and proper.

Dated this 30th day of June, 2015.

ROBINSON BRADFORD LLP

By:    /S/Matthew C. Bradford, Esq.
       Matthew C. Bradford
       ROBINSON BRADFORD LLP
       Attorney for Plaintiff, Ross Small

**SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF PURSUANT TO 47**

**U.S.C. §227, ET SEQ**

*Small  v. Ebay*
Case No.:   5:14 CV 01693

- 7 -

**JURY TRIAL DEMAND**

      Plaintiff Ross Small hereby requests a jury trial on the claims of the complaint.

Dated this 30th day of June 2015.


                                    **ROBINSON BRADFORD LLP**

                                By:    /S/Matthew C. Bradford, Esq.
                                          Matthew C. Bradford
                                          ROBINSON BRADFORD LLP
                                          Attorney for Plaintiff, Ross Small

**SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF PURSUANT TO 47**

**U.S.C. §227, ET SEQ**

*Small  v. Ebay*
Case No.:   5:14 CV 01693