Matthew C. Bradford
matthew@robinsonbradford.net
ROBINSON BRADFORD LLP
3255 W. March Lane, Suite 230
Stockton, CA 95219
(209) 954-9001 Telephone
(209) 954-9091 Facsimile

Attorneys for Plaintiff
ROSS SMALL

David J. Kaminski
kaminskid@cmtlaw.com
Martin Schannong
schannongm@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
EBAY INC. and I.C. SYSTEM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS SMALL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EBAY INC. and I.C. SYSTEM, INC.,<br><br>　　　　Defendants.<br>_____ | CASE NO. 5:14-CV-01693-JGB-KK<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED between Plaintiff ROSS SMALL ("Plaintiff") and Defendants EBAY INC. and I.C. SYSTEM, INC. ("Defendants"), through their respective counsel of record, that the above-entitled action shall be

1 dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the
2 Federal Rules of Civil Procedure.  Each party shall bear its own costs and
3 expenses.

5 DATED:  October 1, 2015        ROBINSON BRADFORD LLP

7                                By:    s/Matthew C. Bradford
8                                       Matthew C. Bradford
                                        Attorneys for Plaintiff
                                        ROSS SMALL

11 DATED:  October 1, 2015        CARLSON & MESSER LLP

13                                By:    s/Martin Schannong
                                        David J. Kaminski
14                                      Martin Schannong
                                        Attorneys for Defendants
                                        EBAY INC. and I.C. SYSTEM, INC.