# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS SMALL,<br><br>           Plaintiff,<br><br>      vs.<br><br>EBAY INC. and I.C. SYSTEM, INC.,<br><br>           Defendants. | CASE NO. 5:14-CV-01693-JGB-KK<br><br>**ORDER OF DISMISSAL** |

   Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed with prejudice. Each party shall bear its own costs and expenses.

   IT IS SO ORDERED.

DATED:   October 9, 2015

_____
UNITED STATES DISTRICT JUDGE